

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

1/9/2015

HICKMAN, DUDLEY            Tr. Ct. No. 114-0998-05-A

I have this day received and presented to the Court the original application for writ of habeas corpus.

Abel Acosta, Clerk

DUDLEY  HICKMAN
RAMSEY I UNIT - TDC # 1416602
1100 FM 655
ROSHARON, TX  77583

REF

RETURN TO SENDER
INVALID TDCJ
NAME & NUMBER DO NOT MATCH
RELEASED
UNKNOWN

UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0002003152
$ 00.26⁵
JAN 15  2015
MAILED FROM ZIP CODE 78701
WR-80,000-02